IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LANCE W. SLAUGHTER, MICHAEL SMITH, ERIKA WILLIAMS, LUCIEN PHILIPPE, KATRINA EVERETT, and KEITH SPELMON, on behalf of themselves and all others similarly situated, | Case No. 13-cv-06368 |
| Plaintiffs, | Judge Harry D. Leinenweber |
| v. | |
| WELLS FARGO ADVISORS, LLC, | |
| Defendant. | |

**PLAINTIFFS' MOTION FOR
FINAL APPROVAL OF CLASS ACTION SETTLEMENT,
SERVICE AWARDS, AND ATTORNEYS' FEES AND COSTS**

Plaintiffs hereby move this Court for final approval of the Settlement of this class action, final certification of the Settlement Class, approval of service awards for the Class Representatives, an award of attorneys' fees and costs, and appointment of a Special Master to monitor the Claims Resolution Process, pursuant to Rules 23(a), 23(b), 23(h), 23(e), and 53 of the Federal Rules of Civil Procedure.[1] In support of their Motion, Plaintiffs submit their supporting Memorandum and the exhibits attached thereto and state as follows:

1. On January 17, 2017, this Court granted preliminary approval to the Settlement agreed to between Wells Fargo Advisors, LLC ("Wells Fargo") and Plaintiffs' Class Representatives. (Dkt. 103.) After the parties stipulated to an Amended Settlement Agreement (the "Settlement Agreement," Dkt. 104-1), the Court entered an Agreed Amended Preliminary Approval Order on February 9, 2017. (Dkt. 105.)

---

[1] Except as otherwise noted, capitalized terms have the meanings stated in the Settlement Agreement.

1

2. In accordance with the Court's Order, the Claims Administrator sent the Notices of Class Action, Proposed Settlement Agreement, and Settlement Fairness Hearing to each Settlement Class Member and potential Settlement Class Member.

3. Of the 542 Settlement Class Members and potential Settlement Class Members who were sent Notices, none objected to the Settlement. Only six Settlement Class Members opted out of the monetary portion of the Settlement.

4. The Settlement is fair, reasonable, and adequate, and should be approved.

5. The Settlement Class meets all the requirements of Rules 23(a), 23(b)(2), and 23(b)(3).

6. A Proposed Final Approval Order is attached as Exhibit 18 to the Memorandum.

7. The Class Representatives deserve service awards for their time and efforts on behalf of the class. *See* Class Representative Declarations, attached as Exhibits 4 through 9 to the Memorandum.

8. Class Counsel's request for attorneys' fees and costs is fair and reasonable and should be approved.

9. No class member has objected to the requested service awards or attorneys' fees and costs.

10. The Court has appointed a Special Master to monitor the Claims Resolution Process and perform other duties under the Settlement Agreement. The declaration of the Special Master, Lynn P. Cohn, attached as Exhibit 17 to the Memorandum, confirms that there is no ground for her disqualification under 28 U.S.C. § 455. Plaintiffs request that the Court enter an order specifying the Special Master's duties in accordance with Rule 53 of the Federal Rules of

Civil Procedure. A Proposed Order Appointing Special Master is attached as Exhibit 19 to the Memorandum.

11.     Wells Fargo does not oppose any of the relief requested in this Motion or in the Proposed Orders.

WHEREFORE, Plaintiffs respectfully request that the Court enter the Orders attached as Exhibits 18 and 19 to the Memorandum:

(a) Certifying the following Settlement Class under Federal Rules of Civil Procedure 23(a), (b)(2) and (b)(3), for purposes of effectuating the Settlement:

All African Americans who are or were employed as Financial Advisors or licensed Financial Advisor Trainees by Wells Fargo Advisors, LLC ("WFA") and worked in the United States in the Private Client Group ("PCG") or in the WFA bank brokerage channel ("Wealth Brokerage Services" or "WBS") at any time between September 4, 2009, and December 31, 2016.

(b) Granting final approval of the parties' Amended Settlement Agreement (Dkt. 104-1) under Federal Rule of Civil Procedure 23(e);

(c) Appointing Lynn P. Cohn as Special Master under Federal Rule of Civil Procedure 53;

(d) Awarding service awards to the Class Representatives;

(e) Awarding Class Counsel their attorneys' fees and costs; and

(f) Granting such other relief as the Court deems just and proper.

Respectfully submitted,

By:     */s/ Linda D. Friedman*

Linda D. Friedman
Suzanne E. Bish
George S. Robot

3

Patricia A. Bronte
STOWELL & FRIEDMAN, LTD.
303 W. Madison, Suite 2600
Chicago, Illinois 60606
(312) 431-0888 (tel)
(312) 431-0228 (fax)

4

## CERTIFICATE OF SERVICE

I, Linda D. Friedman, an attorney, hereby certify that on April 28, 2017, I filed the foregoing *Plaintiffs' Motion for Final Approval of Class Action Settlement, Service Awards, and Attorneys' Fees and Costs* via the Court's CM/ECF system, which caused a copy of the same to be served upon all counsel of record via ECF.

By: */s/Linda D. Friedman*